UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

NICOLE DANTES                                    CIVIL ACTION NO. 19-cv-1176

VERSUS                                           JUDGE FOOTE

J. BROOCKS GREER, III                            MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint is dismissed without prejudice for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____6th_____ day of ____December_____, 2019.

_____
ELIZABTH E. FOOTE
UNITED STATES DISTRICT JUDGE